AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:25-MJ-81 | Date and time warrant executed:<br>09/04/2025, 9:35 a.m. | Copy of warrant and inventory left with:<br>Chang Hwan LE |
| Inventory made in the presence of:<br>SA Jason Wilkes and SA Brian Villaflor | | |

Inventory of the property taken and name(s) of any person(s) seized:

Hyundai Engineering America
- Six (6) boxes of documents, including 1-9 forms
- One (1) HP laptop computer, S/N 5CD321NC2R
- One (1) HP laptop computer, S/N 5CD130G9FM

Joong Won Company (trailer 1)
- One (1) bag of documents
- One (1) Acer desktop computer, S/N 34800
- One (1) PNY 34 gigabyte thumb drive

Wellins Company
- One (1) IIISI Cyborg 15 laptop computer, S/N 40157

Joong Won Company (trailer 2)
- One (1) MSI Cyborg 15 laptop computer, S/N 106679
- One (1) Lenovo Legion 5 laptop computer, S/N PF3FRF26
- One (1) WD MyCloud computer storage media, S/N 332194
- One (1) MSI/IIISI Cyborg 15 laptop computer, S/N 191431

K-Ensol Company
- One (1) MSI GS 75 laptop computer, S/N 16494
- Two (2) bags of documents

Beyond Iron Construction/Steel Brothers
- Two (2) bags of documents
- One (1) HP laptop computer, S/N 5CG3221K25

Filed
Clerk of Court
United States District Court
By M. Davenport
On: 9/9/2025

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 9, 2025

*Executing officer's signature*

Jason Wilkes, Special Agent
*Printed name and title*