RESTRICTED ATTACHMENT
MAINTAINED
BY USDC CLERK'S OFFICE